UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Management Registry, Inc.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>A.W. Companies, Inc., Allan K. Brown, and Wendy Brown,<br><br>　　　　Defendants. | Court File No. 0:17-CV-05009 (JRT/KMM)<br><br>**DECLARATION OF ALEXANDER N. LOFTUS IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY** |

I, Alexander N. Loftus, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am an attorney and chair the Commercial Litigation Group at Stoltmann Law Offices, P.C., counsel to Plaintiffs and Class Members in this case. I am over 18 years of age and, if called to testify, I could and would testify about the information in this declaration.

2. The information in this declaration is based on my own personal knowledge.

3. Defendants began working with the head of IT for Stinson LLP (prior counsel) to address issues raised by counsel for Plaintiff.

4. Defendants then discerned that the most efficient solution to Plaintiff's shifting concerns was to retain a third-party vendor to attend to any formatting issues within the framework already produced.

5. Defendants have since retained Blue Star, a third-party discovery vendor, to address issues raised by counsel for Plaintiff.

6. Based on my review of Defendants' production response, Defendants made a document production on February 12, 2018.

Dated: June 7, 2019             By:   /s/Alexander N. Loftus

                                      Alexander N. Loftus



                                      Alexander Loftus, Esq.
                                      Ryan Moore, Esq.
                                      STOLTMANN LAW OFFICES
                                      233. S. Wacker, Suite 8400
                                      Chicago, Illinois 60603
                                      p: 312.332.4200
                                      c: 312.772.5396
                                      alex@stoltlaw.com

                                      Justin Bruntjen, Esq.
                                      Decerto Law LLC
                                      501 Carlson Parkway #529
                                      Hopkins, M55305
                                      P: 612.294.6667
                                      justin@b2lawyers.com