# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

# TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| Management Registry, Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Kate Menendez |
| v. | U.S. Magistrate Judge |
| A.W. Companies, Inc., et al., | Case No: 17-cv-5009-JRT-KMM |
| | Date: February 21, 2020 |
| Defendants, | Time Commenced: 9:00 AM |
| | Time Concluded: 9:50 AM |
| | Time in Court: 50 Minutes |

**APPEARANCES:**

    For Plaintiff:    James Morris; V. John Ella

    For Defendants:    Alexander Loftus

**PROCEEDINGS:**

    The Court held a recorded telephonic discovery dispute proceeding. The Court ruled on most issues on the phone, and will issue a written Order on one matter. The Court will hold an additional phone conference in three weeks.

    *s/ Brian Pousson*
    Signature of Law Clerk

1