

8000 Flour Exchange Building - 310 Fourth Avenue South - Minneapolis, MN  55415
Phone:  612.455.0500 -  Fax:  612.455.0501 -  www.trepanierlaw.com

For Billing Questions:  jspratt@trepanierlaw.com
Federal Tax ID No. REDACTED

June 27, 2019  Invoice Number:  28092

Management Registry, Inc. d/b/a Malone Workforce Solutions
Attn: Tim Malone and Terry Malone
1868 Campus Place
Louisville, KY 40299

Make check payable to TREPANIER MACGILLIS BATTINA P.A.
To pay by credit card, please go to www.trepanierlaw.com.
Payment is due ten (10) days from date of this invoice. If you need more time, please contact us to discuss other arrangements.

Client/Matter: 2567-001
Represent: Management Registry, Inc. d/b/a Malone Workforce Solutions
Regarding: *Management Registry, Inc. d/b/a Malone Workforce Solutions - Management Registry, Inc. v. A.W. Companies, Inc. et al*

Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| **May 2019** | | | | |
| 5/28/2019 | BMF | Research marital privilege statute in Minnesota, as well as case law regarding marital privilege; draft memorandum of law regarding the research. | 1.50 75.00/hr | 112.50 |
| 5/29/2019 | AMK | Review Defendants' memorandum of law in opposition to Plaintiff's motion for leave to amend the complaint; research Minnesota case law re: court sanctions; draft memorandum with research findings. | 1.50 165.00/hr | 247.50 |
| | VJE | Exchange e-mail with Jim Morris re: motion to compel production of documents and for sanctions; review Defendants' memorandum of law in opposition to motion to amend complaint and for punitive damages. | 0.70 375.00/hr | 262.50 |
| | BMF | Research cases involving Rule 37 sanctions in the Federal District Court of Minnesota; draft case brief regarding the research. | 0.50 75.00/hr | 37.50 |

REDACTED

| 5/31/2019 | VJE | Review and edit draft memorandum of law in support of motion to compel production of documents and seek sanctions; send edits to Jim Morris; telephone call with Jim Morris re: same. | 1.50 375.00/hr | 562.50 |

REDACTED

TREPANIER MACGILLIS BATTINA P.A.
Invoice for Legal Services

| | | | | |
|---|---|---|---|---|
| Client/Matter: | 2567-001 | | Invoice Number: | 28092 |
| Represent: | Management Registry, Inc. d/b/a Malone Workforce Solutions | | | |
| Regarding: | *Management Registry, Inc. d/b/a Malone Workforce Solutions - Management Registry, Inc. v. A.W. Companies, Inc. et al* | | Page | 2 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| **June 2019** | | | |
| 6/3/2019 REDACTED | | | |
| VJE | Review e-mail correspondence re: problems with document production; review memorandum of law in support of motion to compel production filed by Jim Morris; telephone call with Jim re: same and rescheduling of and preparation for depositions. | 0.80 375.00/hr | 300.00 |



REDACTED

TREPANIER MACGILLIS BATTINA P.A.
Invoice for Legal Services

| | | | |
|---|---|---|---|
| Client/Matter: | 2567-001 | | |
| Represent: | Management Registry, Inc. d/b/a Malone Workforce Solutions | Invoice Number: | 28092 |
| Regarding: | *Management Registry, Inc. d/b/a Malone Workforce Solutions - Management Registry, Inc. v. A.W. Companies, Inc. et al* | Page | 3 |

                                                                                                      Hrs/Rate      Amount

**REDACTED**

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/14/2019 | AMK | Review and save to the electronic file Defendant's motion to compel and accompanying documents. | 0.90 165.00/hr | 148.50 |
| 6/15/2019 | VJE | Review e-mail correspondence from Magistrate Judge Menendez and opposing counsel re: meet and confer and hearing on motion to compel discovery; telephone call with Jim Morris re: status, strategy and response; send e-mail re: changing Batinich deposition to opposing counsel | 1.80 375.00/hr | 675.00 |
| 6/17/2019 | AMK | Review e-mail correspondence with opposing counsel and the Court discussing the argument and scheduling of Plaintiff's motion to compel. | 0.50 165.00/hr | 82.50 |
| | REDACTED | REDACTED | REDACTED | REDACTED |
| 6/18/2019 | AMK | Discuss strategy for motion to compel hearing with attorney Jim Morris and attorney V. John Ella ; prepare documents for use at motion hearing; attend motion hearing; review the court's order on Plaintiff's motion to compel and discuss future case strategy with attorney Jim Morris and attorney V. John Ella. | 2.40 165.00/hr | 396.00 |
| | VJE | Attend meet-and-confer session on Defendants' motion to compel as local counsel per court order; attend hearing on Plaintiff's motion to compel; de-brief with James Morris; meet with James Morris re: to-do list in litigation, review e-mail correspondence re depositions; review minute entry from Judge Menendez; review basis for obtaining e-discovery costs as prevailing party. | 4.80 375.00/hr | 1,800.00 |



**REDACTED**



8000 Flour Exchange Building - 310 Fourth Avenue South - Minneapolis, MN 55415
Phone: 612.455.0500 - Fax: 612.455.0501 - www.trepanierlaw.com

For Billing Questions: jspratt@trepanierlaw.com
Federal Tax ID No. REDACTED

October 01, 2019　　　　　　　　　　　　　　　　　　　　　　　　Invoice Number:　　29010

Management Registry, Inc. d/b/a Malone Workforce Solutions
Attn: Tim Malone and Terry Malone
1868 Campus Place
Louisville, KY 40299

Make check payable to TREPANIER MACGILLIS BATTINA P.A.
To pay by credit card, please go to www.trepanierlaw.com.
Payment is due ten (10) days from date of this invoice. If you need more time, please contact us to discuss other arrangements.

Client/Matter:　2567-001
Represent:　Management Registry, Inc. d/b/a Malone Workforce Solutions
Regarding:　*Management Registry, Inc. d/b/a Malone Workforce Solutions - Management Registry, Inc. v. A.W. Companies, Inc. et al*

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

September 2019

| 9/3/2019 | VJE | Telephone call with James Morris re: defendants' strange motion to strike pleading, cancel hearing and ask for dispositive sanctions. | 0.30<br>375.00/hr | 112.50 |





8000 Flour Exchange Building - 310 Fourth Avenue South - Minneapolis, MN 55415
Phone: 612.455.0500 - Fax: 612.455.0501 - www.trepanierlaw.com

For Billing Questions: jspratt@trepanierlaw.com
Federal Tax ID No. REDACTED

December 01, 2019                                                                                      Invoice Number:    29495

Management Registry, Inc. d/b/a Malone Workforce Solutions
Attn: Tim Malone and Terry Malone                          Make check payable to TREPANIER MACGILLIS BATTINA P.A.
1868 Campus Place                                          To pay by credit card, please go to www.trepanierlaw.com.
Louisville, KY 40299                                       Payment is due ten (10) days from date of this invoice. If you need
                                                           more time, please contact us to discuss other arrangements.

Client/Matter:    2567-001
Represent:        Management Registry, Inc. d/b/a Malone Workforce Solutions
Regarding:        *Management Registry, Inc. d/b/a Malone Workforce Solutions -*
                  *Management Registry, Inc. v. A.W. Companies, Inc. et al*

Professional Services

                                                                                                      Hrs/Rate         Amount

November 2019



11/13/2019  AMK   Prepare and organize motion papers and documents for court hearing; e-mail           0.40             66.00
                  correspondence with attorney Jim Morris re: Meijer subpoena.                        165.00/hr

TREPANIER MACGILLIS BATTINA P.A.
Invoice for Legal Services

| | |
|---|---|
| Client/Matter: | 2567-001 |
| Represent: | Management Registry, Inc. d/b/a Malone Workforce Solutions |
| Regarding: | *Management Registry, Inc. d/b/a Malone Workforce Solutions - Management Registry, Inc. v. A.W. Companies, Inc. et al* |

Invoice Number: 29495

Page 2

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2019 | AMK | Prepare and organize motion papers and documents for court hearing. | | 0.40<br>165.00/hr | 66.00 |
| | VJE | Review pleadings in advance of hearing on latest motion to compel; attend hearing before Magistrate Judge as required as local counsel. | | 2.80<br>375.00/hr | 1,050.00 |
| 11/18/2019 | AMK | Review and save court filings and court order re: motion to compel. | | 0.20<br>165.00/hr | 33.00 |





8000 Flour Exchange Building - 310 Fourth Avenue South - Minneapolis, MN 55415
Phone: 612.455.0500 - Fax: 612.455.0501 - www.trepanierlaw.com

For Billing Questions: jspratt@trepanierlaw.com
Federal Tax ID No. REDACTED

March 1, 2020  Invoice Number: 30238

Management Registry, Inc. d/b/a Malone Workforce Solutions
Attn: Tim Malone and Terry Malone
1868 Campus Place
Louisville, KY 40299

Make check payable to TREPANIER MACGILLIS BATTINA P.A.
To pay by credit card, please go to www.trepanierlaw.com.
Payment is due ten (10) days from date of this invoice. If you need more time, please contact us to discuss other arrangements.

Client/Matter: 2567-001
Represent: Management Registry, Inc. d/b/a Malone Workforce Solutions
Regarding: *Management Registry, Inc. d/b/a Malone Workforce Solutions - Management Registry, Inc. v. A.W. Companies, Inc. et al*

Professional Services

   Hrs/Rate     Amount

February 2020



TREPANIER MACGILLIS BATTINA P.A.
Invoice for Legal Services

| | |
|---|---|
| Client/Matter: | 2567-001 |
| Represent: | Management Registry, Inc. d/b/a Malone Workforce Solutions |
| Regarding: | *Management Registry, Inc. d/b/a Malone Workforce Solutions - Management Registry, Inc. v. A.W. Companies, Inc. et al* |

Invoice Number: 30238

Page 2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/21/2020 | VJE | Participate as local counsel in telephonic hearing with Magistrate Judge Menendez regarding pending discovery issues and trial scheduling order; de-brief with Jim Morris after call. | 1.00 375.00/hr | 375.00 |

