UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Management Registry, Inc., | Case No. 0:17-cv-5009-JRT-KMM |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF LOCAL COUNSEL** |
| A.W. Companies, Inc., et al., | |
| Defendants. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court and counsel that Defendants A.W. Companies, Inc., Allan K. Brown, Wendy Brown, and Milan Batinich have retained Katie M. Connolly and Joel O'Malley of Nilan Johnson Lewis, P.A., to substitute as local counsel for Justin Bruntjen of Decerto Law LLC, in this case.

Pursuant to Local Rule 83.7(b)(1)(A), this notice also shall serve as Ms. Connolly's and Mr. O'Malley's Notice of Appearance. Ms. Connolly and Mr. O'Malley affirm that they represent Defendants A.W. Companies, Inc., Allan K. Brown, Wendy Brown, and Milan Batinich.

Pursuant to Local Rule 83.7(b)(2), Ms. Connolly and Mr. O'Malley affirm that the withdrawal and substitution will not delay the trial in this case.

Pursuant to Local Rule 83.7(b)(2), this notice is being filed and served more than 90 days before trial.

Ms. Connolly and Mr. O'Malley are willing to participate in a call with the Court to discuss transition if the Court deems such a call necessary or appropriate.

2

| | |
|---|---|
| **DECERTO LAW, LLC** | **NILAN JOHNSON LEWIS, P.A.** |
| By: s/ Justin Brunjen<br>    Justin Bruntjen<br>    501 Carlson Parkway #529<br>    Hopkins, Minnesota 55305<br>    P: 612.294.6667<br>    justin@b2lawyers.com | By:/s/ Katie M. Connolly<br>    Katie Connolly  (#0338357)<br>    Joel O'Malley (#352573)<br>    250 Marquette Ave. South, Suite 800<br>    Minneapolis, MN 55401<br>    P: (612) 335-1500<br>    kconnolly@nilanjohnson.com<br>    joalley@nilanjohnson.com |
| Dated:  April 28, 2020 | Dated:  April 28, 2020 |