UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Management Registry, Inc., <br><br>  Plaintiff, <br><br> v. <br><br> A.W. Companies, Inc., et al., <br><br>  Defendants. | Case No. 0:17-cv-5009-JRT-KMM <br><br> **DECLARATION OF KATIE M. CONNOLLY IN SUPPORT OF DEFENDANTS' AND COUNSEL'S RESPONSE TO PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS** |

I, Katie M. Connolly, having personal knowledge of the facts stated herein, declare as follows:

1. I am an attorney at the law firm Nilan Johnson Lewis PA, which represents Defendants in the above-referenced lawsuit.

2. Attached hereto as **Exhibit A** are true and correct copies of the September 3, 2019 filing receipts associated with Defendants' Motion to Strike.

3. Attached hereto as **Exhibit B** is a true and correct copy of February 3, 2020 emails between Mr. Loftus and Mr. Morris.

4. Attached hereto as **Exhibit C** is a true and correct copy of a February 10, 2020 email from Mr. Morris to Mr. Loftus.

5. Attached hereto as **Exhibit D** is true and correct copy of February 15 and 16, 2020 emails between Mr. Morris to Mr. Loftus.

1

2

I certify under penalty of perjury under the laws of the United States that I have read the foregoing declaration and that it is true, correct, and based upon my personal knowledge.

Dated: May 8, 2020              s/ Katie M. Connolly
                                Katie M. Connolly