UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Management Registry, Inc., | Case No. 0:17-cv-5009-JRT-KMM |
| Plaintiff, | |
| v. | **DECLARATION OF JOEL O'MALLEY IN SUPPORT OF DEFENDANTS' AND COUNSEL'S OBJECTION** |
| A.W. Companies, Inc., et al., | |
| Defendants. | |

I, Joel O'Malley, having personal knowledge of the facts stated herein, declare:

1. I am an attorney at the law firm Nilan Johnson Lewis PA, which represents Defendants in the above-referenced lawsuit.

2. Attached hereto as **Exhibit A** is a true and correct copy of a letter from counsel to Magistrate Menendez, sent on August 18, 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Alexander Loftus to James Morris, sent on April 18, 2019.

4. Attached hereto as **Exhibit C** is a true and correct copy of a letter from Alexander Loftus to James Morris, sent on April 22, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of June, 2020 in Hennepin County, Minnesota.

s/ *Joel O'Malley*
Joel O'Malley

1