UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Management Registry, Inc.,

Plaintiff,

v.

A.W. Companies, Inc., et al.,

Defendants.

Case No. 0:17-cv-5009-JRT-KMM

**DECLARATION OF
ALLAN K. BROWN**

---

Pursuant to 28 U.S.C. 146, I, Allan K. Brown, declare as follows:

1.      I am a defendant in the above-entitled action.

2.      I am writing this declaration to make a statement on my financial

circumstances.

3.      I currently have little to no assets. I have a 401(k) that is valuated at

roughly $30,000. I have not contributed any funds to my 401(k) since the sale of AllStaff

Recruiting Inc. The financial return from AllStaff Recruiting Inc. since its inception was

negative. A profit on this company was never realized. The only funds that came from

AllStaff Recruiting Inc. was at the time of sale. At the time of sale, MRI paid me

$345,000 pretax, and they have since defaulted on payment of over $130,000 (plus

interest) that is currently owed directly to myself for the purchase of Allstaff Recruiting

Inc.  These funds have since been used to defend this lawsuit. At the time of sale, I

received a payout from my employment contract in the amount of $284,4397.42 (after

tax), and a bonus payment of $150,000 (pre-tax). I was additionally owed $272,400 for

my employment contract, to be paid out over three years from the Zwirns. I only received

a handful of these payment due to MRI defaulting on the note owed to the Zwirns. MRI went to great lengths to make sure I would be cut off from funds owed to me. When the sale first occurred I used these funds to pay off outstanding credit cards, and I purchased a modest car for my mother-in-law, and paid towards income taxes. What was remaining my wife used to start A.W. Companies and fund this lawsuit.

4.      I currently own a home in Barrington Hills, Illinois with an outstanding mortgage of over $650,000. Since this lawsuit I have been forced to pay my mortgage on a line of credit also tied to my home which totals, $100,000. If my home was sold, I would have approximately $200,000 in equity. The vehicle that I own has approximately $17,000 still owed on it, with roughly $10,000 in equity if I were to sell it. I have no other assets.

5.      Since this lawsuit began, I took a consulting position outside of the industry that lasted for approximately six months. These funds were used to pay salaries of A.W. Companies employees to avoid company bankruptcy. I was paid hourly by A.W. Companies at $11/hour and was forced to pay the majority of my bills on my line of credit or my credit cards. After this consulting position ended, I had back surgery and was out of work until approximately June of 2018. At this time, I began working for A.W. Companies selling and supporting a newly-formed division as a broker to a product used by companies to evaluate employees. I currently make $16.10/hour. Based on the litigiousness of MRI, I have not been able to secure employment in the staffing industry. MRI has additionally smeared my name in the industry to prohibit me from securing employment.

2

6.      I would also like to make the statement that I have 100% cooperated in turning over my computer, phone, and all emails I have access to. I have never not cooperated in the handling of discovery. Everything that I have, along with the other defendants in this case, has been turned over to third parties. None of us even delayed turning over our equipment and documents.

7.      Every lawyer that we have had has struggled with Mr. James Morris, Nate Allen, Larry Schaffer, Sonia Miller-Van Ort, Rick Pins and Alex Loftus. I do not believe that Joel O'Malley and Katie Connolly have been successful either. This is not a case of the defendants withholding evidence or not cooperating in any way.

8.      I respectfully request the Court probe the details of this discovery process with a closer look. Mr. James Morris specifically has a reputation for this behavior in multiple courts in multiple states with multiple lawyers. I have personally spoken to multiple litigants against MRI and this is the playbook he uses. This is the first lawsuit that any of the defendants have been involved in.

9.      I swear and affirm this production is complete and all responsive documents have been produced.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10th day of June, 2020 in Cook County, Illinois.


                                        s/ *Allan K. Brown*
                                        Allan K. Brown


3