# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2582

Management Registry, Inc.

Appellee

v.

A.W. Companies, Inc.

Allan K. Brown

Appellant

Wendy Brown and Milan Batinich

---

Appeal from U.S. District Court for the District of Minnesota
(0:17-cv-05009-JRT)

---

**ORDER**

Appellant's motion for limited remand is granted, and this matter is remanded to the district court for the limited purpose of correcting the clerical error.

October 24, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans