# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## WRIT OF EXECUTION

**RECEIVED BY MAIL**
**FEB 20 2024**
**CLERK, U.S. DISTRICT COURT**
**MINNEAPOLIS, MINNESOTA**

Case Number: 2017-CV-5009        Hennepin County Civil Action No. 27-CV-23-13203

TO THE MARSHAL, SHERIFF OR OTHER DESIGNATED PERSON:

COUNTY, STATE OF MINNESOTA

| |
|---|
| YOU ARE HEREBY COMMANDED, that of the goods, chattels, lands and tenements in your district |
| belonging to Allan K. Brown |
| you cause to be made and levied as well a certain debt of $1,568,864.69, plus interest at 6% from 12/14/22 |
| AMOUNT OF JUDGMENT: $1,568,864.69 plus interest at 6% from 12/14/2022 until paid in full. |
| |
| in the United States District Court for the District of Minnesota, before the Judge of said Court by the consideration of the same Judge lately recovered against the said   ALLAN K. BROWN |
| and also the costs that may accrue under this writ. |
| And that you have above listed moneys at the place and date listed below; and that you bring this writ with you. |

PLACE: A.W Companies, INC. 7900 W. 78th St. Ste 415        DISTRICT: Minnesota

CITY: Edina, MN 55439        DATE: July 13, 2023

Witness the Honorable:   Judge John R. Tunheim

| DATE: | CLERK OF COURT: | KATE M. FOGARTY |
|---|---|---|
| 7/13/23 | (By) DEPUTY CLERK: | [signature] |

## RETURN

| DATE RECEIVED: | DATE OF EXECUTION OF WRIT: |
|---|---|
| This writ was received and executed. | |
| US Marshal or Sheriff | (by) Deputy Marshal or Deputy Sheriff |
| Hennepin County Sheriff | Deputy Wenjun Tan |
| or Other Official | title: |

**SCANNED**
**FEB 20 2024**
**U.S. DISTRICT COURT MPLS**

23014023
03    9/6/23  13:21

Allen K. Brown
BL cc 12·29·23   334.38

# SHERIFF'S RETURN OF WRIT OF EXECUTION

Partially Satisfied

United States District Court Case # 2017-CV-5009
Hennepin County Case #27-CV-23-13203

**STATE OF MINNESOTA**
**COUNTY OF HENNEPIN**

James M Morris

vs

Allen K Brown

I HEREBY CERTIFY AND RETURN, that I have collected on the within Writ of Execution the sum of $334.38 and have deducted $116.72 for Sheriff's fees and $0.00 for a legal fee paid by the Sheriff's Office, and hereby return the sum of $217.66. I have deducted an additional $15.00 for a legal fee paid by the plaintiff, and hereby return the attached execution Partially Satisfied in the sum of $202.66.

Dated this   3rd day of January, 2024

DAWANNA S. WITT
HENNEPIN COUNTY SHERIFF

By: _____
Deputy Sheriff
Deputy Wenjun Tan