# UNITED STATES DISTRICT COURT
## District of Minnesota

Management Registry, Inc., **AMENDED JUDGMENT IN A CIVIL CASE**

Plaintiff/Counter Defendant,

v.  Case Number: 17-cv-5009 JRT/DTS

A.W. Companies, Inc., Allan K. Brown, Wendy Brown, Milan Batinich,

Defendants/Counter Claimants.

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion to Confirm Arbitration Award, for Recovery of Costs and Attorney's Fees, and to Correct a Technical Error in the Arbitration Final Award [Docket No. 771] is **GRANTED in part and DENIED in part** as follows:

    a. Plaintiff's request to confirm the arbitration award is **GRANTED**; and

    b. Plaintiff's request to modify the arbitration award for recovery of costs and fees pursuant to 9 U.S.C. § 11 is **DENIED**;

2. Defendant Allan K. Brown's Motion Related to the Enforcement of the Arbitration Award [Docket No. 776] is **DENIED**;

3. Defendants' Motion to Lift Stay on Fraudulent Inducement Counterclaim [Docket No. 742] is **GRANTED** and the claim is **DISMISSED**;

4. Plaintiff's Request to Address Wendy Brown's Admissions and Arguments [Docket No. 770] is **DENIED**;

5. Plaintiff is awarded $1,568,864.69, plus interest at a rate of 6% per annum, from December 14, 2022, until paid in full, per the Arbitration Award and the Arbitrator's Order/Award on Claimant's Motion for Attorney Fees and Costs **against Defendant Allan K. Brown.**

6. Summary judgment briefs must be filed with the Court within 30 days from the date of this Order, with responses filed within 45 days from the date of this Order, and replies filed within 50 days from the date of this Order.

Date: 5/1/2024                                              KATE M. FOGARTY, CLERK