**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CIVIL TRIAL CALENDAR COMMENCING Monday, July 8, 2024
at 9:00 a.m. before JUDGE JOHN R. TUNHEIM

---

JURY TRIAL in Minneapolis                                   Estimated length: 15 days

    ***Management Registry, Inc.***
        James Michael Morris                                   859-281-6981
        (Morris & Morris, P.S.C.)
        V. John Ella                                                    952-995-9500
        Anna Swiecichowski
        (Fafinski Mark & Johnson, P.A.)

**v.**         **Civil 17-5009 (JRT/DTS)**

    ***A.W. Companies, Inc.***
        Katie Connolly                                              612-305-7546
        Joel Andersen
        Gregory A Bromen
        Christopher T. Ruska
        Andrew Peterson
        (Nilan Johnson Lewis PA)

---

JURY TRIAL in Minneapolis                                   Estimated length: 10 days

    ***Taqueria El Primo LLC, et al.***
        Anne Regan                                                  952-941-4006
        Nathan Prosser
        (Hellmuth & Johnson)
        David Asp                                                     612-339-6900
        Derek Waller
        Jennifer Jacobs
        Simeon Morbey

        Stephen Owen  
        (Lockridge Grindal Nauen PLLP)  
        Paul J Phelps         651-730-6900  
        (Sawicki & Phelps)

**v.**　　**Civil 19-3071 (JRT/ECW)**

*Illinois Farmers Insurance Company, et al.*
        Brea Khwaja         612-373-8800  
        Emily Atmore  
        John Katuska  
        Marc Al  
        Timothy Snider  
        Vanessa Soriano Power  
        (Stoel Rives LLP)

---

JURY TRIAL in Fergus Falls         Estimated length: 3 days

*Becky Berscheid*
        Anthony P Chester         612-488-2110  
        Ryan Peterson  
        (Chester Law PLLC)

**v.**　　**Civil 22-86 (JRT/LIB)**

*Experian Information Solutions, Inc.*
        Christopher Adam Hall         312-782-3939  
        Chelsea Bollman  
        (Jones Day)